AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

____Worcester____    District of    ____Massachusetts____

Victor Thiffault,
    Plaintiff
       V.

Easy Manufacturing Company Suburbanite Home of
Butler Home Products, Inc. and
Sun Life Assurance Company of Canada,
    Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:
**05-40011 FDS**

TO: (Name and address of Defendant)

Easy Manufacturing Company Suburbanite Home of Butler Home Products, Inc.
311 Hopping Brook Road
Holliston, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Karen L. Stern, Esquire
BBO#550391
Bernstein, Burwick & Tucker, LLC
10 Mechanic Street, Suite 150
Worcester, MA 01608

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
_____
CLERK
Sherry Jones
(By) DEPUTY CLERK

1-20-05
_____
DATE

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 827, Framingham, MA 01701 • (508) 872-3110

*Middlesex, ss.*

February 2, 2005

I hereby certify and return that on 2/1/2005 at 12:09PM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to ROBERT MICHELSON, agent, person in charge at the time of service for EASY MANUFACTURING COMPANY SUBURBANITE, at , 311 HOPPIN BROOK Road, HOME OF BUTLER HOME PRODUCTS, INC. HOLLISTON, MA 01746. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($3.00), Postage and Handling ($1.00), Travel ($10.88) Total Charges $49.88

_____
Deputy Sheriff

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                  Date                          Signature of Server

                                      _____
                                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.