AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Worcester | District of | Massachusetts |

Victor Thiffault,
    Plaintiff

**SUMMONS IN A CIVIL ACTION**

V.

Easy Manufacturing Company Suburbanite Home of
Butler Home Products, Inc. and
Sun Life Assurance Company of Canada,
    Defendants

CASE NUMBER:
**05-40011 FDS**

TO: (Name and address of Defendant)

    Sun Life Assurance Company of Canada
One  Sun Life Executive Park
    Wellesley Hills, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Karen L. Stern, Esquire
BBO#550391
Bernstein, Burwick & Tucker, LLC
10 Mechanic Street, Suite 150
Worcester, MA  01608

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS            1-20-05

CLERK                                  DATE

(By) DEPUTY CLERK



**Norfolk County Sheriff's Department**   P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
*Norfolk, ss.*

February 3, 2005

I hereby certify and return that on 2/2/2005 at 10:40AM I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Joy Speranza, Legal Admin. Assistant, person in charge at the time of service for Sun Life Assurance Company of Canada, at One Sun Life Executive Park, Wellesley, MA. Basic Service Fee ($20.00), Copies-Attestation ($5.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($8.32) Total Charges $38.82

Deputy Sheriff James E. Riggs

*Deputy Sheriff*

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                   Date                         *Signature of Server*

                                                _____
                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.