UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTOR THIFFAULT,<br>    Plaintiff<br><br>V.<br><br>EASY MANUFACTURING COMPANY<br>SUBURBANITE HOME OF BUTLER<br>HOME PRODUCTS, INC., AND SUN LIFE<br>ASSURANCE COMPANY OF CANADA<br><br>    Defendants | CIVIL ACTION NO. 05-40011-FDS |

### DEFENDANT SUN LIFE ASSURANCE COMPANY OF CANADA'S CORPORATE DISCLOSURE STATEMENT

The defendant, Sun Life Assurance Company of Canada, pursuant to Local Rule 7.3, states that it is a wholly owned subsidiary of a publicly held company, Sun Life Financial Inc.

SUN LIFE ASSURANCE COMPANY OF CANADA

By its attorneys,

_____
Joan O. Vorster, Esq., BBO #550375
Elizabeth L. B. Greene, Esq., BBO #561456
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: 2/17/05

CERTIFICATE OF SERVICE

I, Elizabeth L. B. Greene, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Karen L. Stern, Esq., Bernstein, Berwick & Tucker, LLC, 10 Mechanic Street, Suite 150, Worcester, MA 01608.

_____
Elizabeth L. B. Greene

Dated: 2/17/05

{H:\PA\Lit\15928\55019\A0771167.DOC}