UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WORCESTER, ss                                                    Docket No. 05-40011-FDS

|  |  |
|---|---|
| VICTOR THIFFAULT, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| EASY MANUFACTURING COMPANY | ) |
| SUBURBANITE HOME OF BUTLER | ) |
| HOME PRODUCTS, INC. and | ) |
| SUN LIFE ASSURANCE COMPANY | ) |
| OF CANADA, | ) |
|  | ) |
| Defendants. | ) |

## BUTLER HOME PRODUCTS, INC.'S
## ASSENTED-TO MOTION FOR EXTENSION OF TIME
## TO RESPOND TO COMPLAINT

Defendant, Butler Home Products, Inc., hereby moves to extend the time within which it will respond to the Plaintiff's Complaint to March 15, 2005. As grounds for this motion, Butler Home Products states as follows:

1. Plaintiff, Victor Thiffault, filed this Complaint on or about January 20, 2005.

2. Butler Home Products was served with the Complaint on or about February 1, 2005 and retained counsel in this action on or about February 16, 2005.

3. The Plaintiff has named an entity called "Easy Manufacturing Company Suburbanite Home of Butler Home Products, Inc." as a Defendant in the Complaint. The proper corporate name of the entity is Butler Home Products, Inc. In or about 1999, Easy Day Manufacturing Company changed its name to Butler Home Products, Inc. Upon information and

belief, no entity called "Easy Manufacturing Company Suburbanite Home" currently exists as related to Butler Home Products.

4. In order to conduct the factual and legal investigation necessary to respond to the Complaint properly, Butler Home Products requests an additional 20 days to respond to the Complaint, making its responsive pleading due on March 15, 2005.

5. The Plaintiff has assented to this Motion.

6. The requested extension will not delay any scheduled hearing or other appearance in this matter.

WHEREFORE, for the reasons set forth above, Butler Home Products respectfully requests that the Court grant its Motion to Extend the time to respond to the Plaintiff's Complaint to March 15, 2005.

**BUTLER HOME PRODUCTS, INC.**

By its attorneys,

*[signature]*

Christian W. Habersaat (BBO # 564427)
Deborah Hesford DosSantos (BBO # 641185)
**GOULSTON & STORRS**
A Professional Corporation
400 Atlantic Avenue
Boston, MA 02110-3333
(617) 482-1776

Dated: February 22, 2005

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 2/22/05

*[signature]*

-2-