UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WORCESTER, ss                                    Docket No. 05-40011-FDS

VICTOR THIFFAULT,                    )
                                     )
       Plaintiff,                    )
                                     )
       v.                            )
                                     )
EASY MANUFACTURING COMPANY           )
SUBURBANITE HOME OF BUTLER           )
HOME PRODUCTS, INC. and              )
SUN LIFE ASSURANCE COMPANY           )
OF CANADA,                           )
                                     )
       Defendants.                   )
                                     )

## DEFENDANT BUTLER HOME PRODUCTS, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Defendant Butler Home Products, Inc. ("Butler"),[1] a nongovernmental corporate party, hereby makes the following certification pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3. Butler does not have any parent corporation and no publicly held company owns 10% or more of Butler's stock.

---

[1] The Plaintiff has named an entity called "Easy Manufacturing Company Suburbanite Home of Butler Home Products, Inc." as a defendant in the Complaint. In or about 1999, Easy Day Manufacturing Company changed its name to Butler Home Products, Inc. Upon information and belief, no entity called "Easy Manufacturing Company Suburbanite Home" currently exists as related to Butler Home Products, Inc.

BUTLER HOME PRODUCTS, INC.

By its attorneys,

_____
Christian W. Habersaat (BBO # 564427)
Deborah Hesford DosSantos (BBO # 641185)
GOULSTON & STORRS
A Professional Corporation
400 Atlantic Avenue
Boston, MA 02110-3333
(617) 482-1776

Dated: March 15, 2005

### CERTIFICATE OF SERVICE

I, Deborah Hesford DosSantos, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to all counsel of record, namely Karen L. Stern, Esq., Bernstein, Berwick & Tucker, LLC, 10 Mechanic Street, Suite 150, Worcester, MA 01608 and Elizabeth L.B. Greene, Esq., Mirick, O'Connell, DeMallie & Lougee, LLP, 100 Front Street, Worcester, MA 01068.

_____
Deborah Hesford DosSantos

Dated: March 15, 2005