# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**WORCESTER, SS**                                    **DOCKET NO.: 05-40011-FDS**

| | |
|---|---|
| **VICTOR THIFFAULT,**<br>    **Plaintiff** | )<br>)<br>) |
| | ) |
| **Vs.** | ) |
| **EASY MANUFACTURING COMPANY** | ) |
| **SUBURBANITE HOME OF BUTLER** | ) |
| **HOME PRODUCTS, INC. and** | ) |
| **SUN LIFE ASSURANCE COMPANY OF CANADA,** | ) |
|     **Defendants** | ) |

### PLAINTIFF'S MOTION TO SUBSTITUTE BUTLER HOME PRODUCTS FOR DEFENDANT EASY MANUFACTURING COMPANY SUBURBANITE HOME OF BUTLER HOME PRODUCTS, INC.

NOW COMES the Plaintiff, Victor Thiffault, and hereby moves the Court to substitute "Butler Home Products, Inc." for the Defendant, Easy Manufacturing Company Suburbanite Home of Butler Home Products, Inc.

AS GROUND Therefore; Plaintiff states:

1. The correct corporate and legal name for the Defendant is "Butler Home Products, Inc." as identified in Footnote 1 of the answer filed by Butler Home Products, Inc.

2. No party will be prejudiced by the allowance of this Motion.

WHEREFORE, Plaintiff requests this Court allow this Motion to substitute Easy Manufacturing Company Suburbanite Home of Butler Home Products, Inc. with Butler Home Products, Inc.

Respectfully submitted,
Victor Thiffault, Plaintiff,
By his Attorney,

Dated: 3-23-05

Karen L. Stern, Esquire
BBO#550391
BERNSTEIN, BURWICK & TUCKER, LLC
10 Mechanic Street, Suite 150
Worcester, MA  01608
(508) 755-5555

## Certificate of Service

I, Karen L. Stern, Esquire, Attorney for the Plaintiff, Victor Thiffault, hereby certify that I served a true and correct copy of the within Plaintiff's Motion to Substitute Butler Home Products for Defendant Easy Manufacturing Company Suburbanite Home of Butler Home Products, Inc., on the Defendants, by First Class Mail, Postage Pre-paid to Attorneys of Record:

Deborah Hesford DosSantos, Esquire
Gouston & Storrs
400 Atlantic Avenue
Boston, MA   02110-3333

Elizabeth L.B. Greene, Esquire
Mirick & O'Connell
100 Front Street
Worcester, MA   01608-1477

Dated:  3-23-05

Karen L. Stern, Esquire