UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WORCESTER, ss                                    Docket No. 05-40011-FDS

---

VICTOR THIFFAULT,        )
                         )
    Plaintiff,           )
                         )
    v.                   )
                         )
BUTLER HOME PRODUCTS, INC. )
and SUN LIFE ASSURANCE   )
COMPANY OF CANADA,       )
                         )
    Defendants.          )
-------------------------)

## MOTION TO DISMISS ALL CLAIMS AGAINST DEFENDANT BUTLER HOME PRODUCTS, INC.

Defendant Butler Home Products, Inc. ("Butler") hereby moves to dismiss all claims against it pursuant to Fed. R. Civ. P. 12(b)(6) because Plaintiff Victor Thiffault ("Plaintiff") has failed to state a claim upon which relief can be granted. The Plaintiff's claims under the Employee Retirement Income Security Act of 1974 ("ERISA") against Butler must fail because Plaintiff has alleged no wrongdoing by Butler whatsoever. Plaintiff's claims derive from a denial of benefits to the Plaintiff under a Benefit Plan provided by Butler. As is clear from the Plaintiff's Complaint, Butler had nothing to do with the denial of benefits to the Plaintiff, did not interfere with the Plaintiff's attempt to receive benefits under the Plan, and took no adverse action against the Plaintiff as a result of his attempt to receive benefits under the Plan. Because the Plaintiff has failed to allege any wrongdoing by Butler, the Complaint must be dismissed with prejudice as against Butler.

For these reasons, as more fully set forth in Butler's accompanying Memorandum of Defendant Butler Home Products, Inc. in Support of Its Motion to Dismiss, Butler respectfully requests that this Court dismiss the Complaint with prejudice as against Butler.

## REQUEST FOR ORAL ARGUMENT

Butler believes that oral argument will assist the Court in the disposition of this motion, and requests that the Court schedule a hearing on this motion.

BUTLER HOME PRODUCTS, INC.

By its attorneys,

*[signature]*

Christian W. Habersaat (BBO # 564427)
Deborah Hesford DosSantos (BBO # 641185)
GOULSTON & STORRS
A Professional Corporation
400 Atlantic Avenue
Boston, MA 02110-3333
(617) 482-1776

Dated: May 4, 2005

## CERTIFICATE OF SERVICE

I, Deborah Hesford DosSantos, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to all counsel of record, namely Karen L. Stern, Esq., Bernstein, Berwick & Tucker, LLC, 10 Mechanic Street, Suite 150, Worcester, MA 01608 and Elizabeth L.B. Greene, Esq., Mirick, O'Connell, DeMallie & Lougee, LLP, 100 Front Street, Worcester, MA 01068.

*[signature]*
Deborah Hesford DosSantos

Dated: May 4, 2005