## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**WORCESTER, SS**                                    **DOCKET NO.: 05-40011-FDS**

| | |
|---|---|
| **VICTOR THIFFAULT,**<br>    **Plaintiff** | ) <br> ) <br> ) |
| **Vs.** | ) <br> ) |
| **EASY MANUFACTURING COMPANY**<br>**SUBURBANITE HOME OF BUTLER**<br>**HOME PRODUCTS, INC. and**<br>**SUN LIFE ASSURANCE COMPANY OF CANADA,**<br>    **Defendants** | ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF'S OPPOSITION TO DEFENDANT, BUTLER HOME PRODUCTS, INC., MOTION TO DISMISS

The Plaintiff opposes Defendant, Butler Home Products, Inc. ("Butler") Motion to Dismiss all Claims pursuant to Fed.R.Civ.P. 12(b)(6).

AS GROUNDS FOR OPPOSITION, Plaintiff states:

1.  The Plaintiff's claim arises under the Employee Retirement Income Security Act of 1974 ("ERISA"). The Plaintiff was denied benefits for long term disability insurance under a benefit Plan provided by the Plaintiff's employer, Butler.

2.  The Plaintiff named Butler as a Defendant because Butler is the Policyholder of the Benefit Plan (See **Exhibit 1**).

3.  Plaintiff has no knowledge whether or not Butler must approve or deny any decisions made under the Benefits Plan by the Defendant, Sun Life Assurance Company of Canada ("Sun Life").

4.  Plaintiff acknowledges that he is unaware of any wrongdoing by Butler and that it was Sun Life which provided the Plaintiff with a formal written notice and explanation of the denial of long term disability benefits.

FOR THE FOREGOING REASONS, Plaintiff opposes Defendant's Motion to Dismiss.

Respectfully submitted,
Victor Thiffault, Plaintiff,
By his Attorney,

Dated:  5-12-05

Karen L. Stern, Esquire
BBO#550391
BERNSTEIN, BURWICK & TUCKER, LLC
10 Mechanic Street, Suite 150
Worcester, MA  01608
(508) 755-5555

## **EXHIBIT 1**



**Sun Life of Canada°**

# SUN LIFE ASSURANCE COMPANY OF CANADA

**Policyholder:**

EASY DAY MANUFACTURING COMPANY

**Policy Number:**

44365

**Policy Effective Date:**

February 1, 1997

**Policy Anniversary:**

February 1, 1998

**Date of Issue:**

March 13, 1997

This Policy is delivered in Massachusetts and is subject to the laws of that jurisdiction. Premiums are due and payable monthly on the first day of each month. Policy anniversaries will be annual beginning on February 1, 1998.

Sun Life Assurance Company of Canada ("Sun Life") agrees to pay the benefits in accordance with all provisions provided by this Policy for Life and Accidental Death and Dismemberment and Long Term Disability Insurance. This Policy is issued in consideration of the Application of the Policyholder, a copy of which is attached, and continued payment of premiums by the Policyholder. The following pages including any Riders, Endorsements or Amendments are a part of this Policy.

For the purpose of effective dates and termination dates under this Policy, all days begin and end at 12:00 midnight.

Signed at Sun Life's U.S. Headquarters in Wellesley Hills, MA.

*Donald A. Stewart.*

President

## READ YOUR POLICY CAREFULLY

Group Term Insurance Policy

93P-LH

Policy Face Page

## Certificate of Service

I, Karen L. Stern, Esquire, Attorney for the Plaintiff, Victor Thiffault, hereby certify that I served a true and correct copy of the within Plaintiff's Opposition to Defendant, Butler Home Products, Inc., Motion to Dismiss, on the Defendants, by First Class Mail, Postage Pre-paid to Attorneys of Record:

Deborah Hesford DosSantos, Esquire
Gouston & Storrs
400 Atlantic Avenue
Boston, MA   02110-3333

Elizabeth L.B. Greene, Esquire
Mirick & O'Connell
100 Front Street
Worcester, MA  01608-1477

Dated:  5-12-05

Karen L. Stern, Esquire