UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTOR THIFFAULT,<br>      Plaintiff<br><br>V.<br><br>BUTLER HOME PRODUCTS, INC., AND SUN LIFE ASSURANCE COMPANY OF CANADA<br><br>      Defendants | CIVIL ACTION NO. 05-40011-FDS |

## NOTICE OF APPEARANCE

Please enter the appearance of Kristina H. Allaire on behalf of the defendant, Sun Life Assurance Company of Canada.

SUN LIFE ASSURANCE COMPANY OF

By its attorneys,

/s/  Kristina H. Allaire
Joan O. Vorster, Esq., BBO #550375
Kristina H. Allaire, Esq., BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated:  July 18, 2005

### CERTIFICATE OF SERVICE

I, Kristina H. Allaire, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Karen L. Stern, Esq., Bernstein, Berwick & Tucker, LLC, 10 Mechanic Street, Suite 150, Worcester, MA 01608; Christian W. Habersaat and Deborah Hesford DosSantos, Esq., Goulston & Storrs, 400 Atlantic Avenue, Boston, MA 02110-3333.

/s/  Kristina H. Allaire
Kristina H. Allaire, Esq.

Dated:  July 18, 2005

{H:\PA\Lit\15928\55019\A0819862.DOC}