UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTOR THIFFAULT,<br>    Plaintiff<br><br>V.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA<br>    Defendant | CIVIL ACTION NO. 05-40011-FDS |

## **LOCAL RULE 16.1(D)(3) CERTIFICATION**

We, Kristina H. Allaire, attorney for defendant, Sun Life Assurance Company of Canada, and Jay P. Symonds, its authorized representative, hereby certify that we have conferred with respect to establishing a budget for the cost of conducting the full course, and various alternative courses of the litigation through the use of alternative dispute resolution programs including those outlined in Local Rule 16.4.

_____
Joan O. Vorster, Esq. BBO #550375
Kristina H. Allaire, Esq., BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

_____
Jay P. Symonds, Esq.
Associate General Counsel
Sun Life Assurance Company of Canada
One Sun Life Executive Park, SC1335
Wellesley Hills, MA 02481

{H:\PA\Lit\15925\55019\A0880394.DOC}

## CERTIFICATE OF SERVICE

I, Kristina H. Allaire, hereby certify that I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following: Karen L. Stern, Esq., Bernstein, Berwick & Tucker, LLC, 10 Mechanic Street, Suite 150, Worcester, MA 01608.

*Kristina H. Allaire, Esq.*

Dated: 2/1/06