UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTOR THIFFAULT,<br>        Plaintiff<br><br>V.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA<br>        Defendant | CIVIL ACTION NO. 05-40011-FDS |

## JOINT MOTION TO CONTINUE THE RULE 16 CONFERENCE

The Rule 16 Conference originally scheduled for February 8, 2006 has been rescheduled by the Court to February 10, 2006. Neither counsel is available on February 10, 2006. The parties move this Court to reschedule the Rule 16 Conference to any day from February 27, 2006 to March 2, 2006, or a date thereafter when the Court is available.

WHEREFORE, this motion should be allowed.

{H:\PA\Lit\15928\55019\A0881852.DOC}

| | |
|---|---|
| VICTOR THIFFAULT | SUN LIFE ASSURANCE COMPANY OF CANADA |
| By his attorney, | By its attorneys, |
| __/s/ Karen L. Stern (JOV)_____<br>Karen L. Stern, Esq.<br>BBO #550391<br>Bernstein, Burwick & Tucker, LLC<br>10 Mechanic St., Suite 150<br>Worcester, MA 01608<br>Phone: (508) 755-5555<br>Fax: (508) 421-6966 | /s/ Joan O. Vorster<br>Joan O. Vorster, Esq., BBO #550375<br>Kristina H. Allaire, Esq., BBO #646001<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>Phone: (508) 791-8500<br>Fax:    (508) 791-8502 |

Dated: February 3, 2006

## CERTIFICATE OF SERVICE

I, Joan O. Vorster, electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following: Karen L. Stern, Esq., Bernstein, Berwick & Tucker, LLC, 10 Mechanic Street, Suite 150, Worcester, MA 01608.

/s/ Joan O. Vorster
Joan O. Vorster, Esq.

Dated: February 3, 2006