UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**WORCESTER, SS**                              **DOCKET NO.: 05-40011-FDS**

| | |
|---|---|
| **VICTOR THIFFAULT,** | ) |
|     **Plaintiff** | ) |
| | ) |
|     **Vs.** | ) |
| | ) |
| **SUN LIFE ASSURANCE COMPANY OF CANADA,** | ) |
|     **Defendants** | ) |

**PLAINTIFF'S ASSENTED MOTION TO CONTINUE THE STATUS CONFERENCE**

    NOW COMES the Plaintiff, Victor Thiffault, and moves this Court for an Order to continue the Status Conference in the above matter from May 31, 2006 at 3:00 P.M., to June 7, 2006.

    AS GROUNDS THEREFORE, Plaintiff states:

    Plaintiff's counsel has an unexpected conflict with the currently scheduled date and time: May 31, 2006, at 3:00 P.M. and respectfully requests that the Status Conference be rescheduled to another date.

    FOR THE FOREGOING REASONS, Plaintiff's Assented Motion to Continue the Status Conference date to June 7, 2006, be ALLOWED.

| | |
|---|---|
| Respectfully submitted, | ASSENTED TO: |
| Victor Thiffault, Plaintiff, | Defendant, |
| By his Attorney, | Sun Life Assurance Company of Canada, |
| | By its Attorney, |
| | |
|   // S //_____ |   // S//_____ |
| Karen L. Stern, Esquire | Kristina Allaire, Esquire |
| BBO#550391 | BBO#646001 |
| BERNSTEIN, BURWICK & TUCKER, LLC | MIRICK & O'CONNELL |
| 10 Mechanic Street, Suite 150 | 100 Front Street |
| Worcester, MA 01608 | Worcester, MA 01608-1477 |
| (508) 755-5555 | (508) 791-8500 |

Dated: 5/9/06

**Certificate of Service**

    I, Karen L. Stern, Esquire, Attorney for the Plaintiff, Victor Thiffault, hereby certify that I served a true and correct copy of the within Plaintiff's Assented Motion to Continue the Status Conference, on the Defendant, by First Class Mail, Postage Pre-paid to Attorneys of Record:

Joan Vorster, Esquire
Kristina Allaire, Esquire
Mirick & O'Connell
100 Front Street
Worcester, MA  01608-1477


Dated: 5/9/06                              _// S //_____
                                           Karen L. Stern, Esquire