

# MIRICK O'CONNELL
ATTORNEYS AT LAW
MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP

May 12, 2006

**VIA HAND DELIVERY**

Civil Clerk
United State District Court
District of Massachusetts
595 Main Street, Room 502
Worcester, MA 01608

    Re: Victor Thiffault v. Sun Life Assurance Company of Canada
        U.S. District Court Civil Action No.: 05-40011-FDS

Dear Sir/Madam:

    Enclosed for filing in the above-referenced case please find the contents of the Administrative Record upon which the parties have agreed, Bates Stamped Nos. 0001-0860.

    Pursuant to Local Rule 5.4(G)(1)(d), this document is exempt from the filing and service by electronic means and should not be filed electronically.

    Please call should you have any questions.

                              Very truly yours,

                              Kristina H. Allaire

KHA/jc
Enclosures

cc:    Karen L. Stern, Esq. (w/o encl)



WESTBOROUGH, MA
508-898-1501 • FAX 508-898-1502

100 FRONT STREET
WORCESTER, MA 01608-1477
508-791-8500 • FAX 508-791-8502

BOSTON, MA
617-261-2417 • FAX 617-261-2418

{H:\PA\Lit\15928\55019\A0918114.DOC}

www.MirickOConnell.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.