UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WORCESTER, SS                                            CIVIL ACTION #:  05-40011-FDS

| | |
|---|---|
| VICTOR THIFFAULT,<br>    Plaintiff | )<br>)<br>) **EXPEDITED** |
| Vs. | ) **DETERMINATION**<br>) **REQUESTED** |
| SUN LIFE ASSURANCE COMPANY OF CANADA,<br>    Defendants | )<br>) |

**PLAINTIFF'S MOTION TO EXTEND TIME TO FILE PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT AND REQUEST TO AMEND REVISED JOINT STATEMENT REGARDING PRETRIAL MATTERS**

NOW COMES the Plaintiff, Victor Thiffault, and moves this Court for an Order extending the time for Plaintiff to file his Cross Motion for Summary Judgment up to and including August 25, 2006 and request to amend the Revised Joint Statement Regarding Pretrial Matters, Paragraph 1g accordingly.

AS GROUNDS THEREFORE, Plaintiff states:

1.  Plaintiff's counsel has erred in this matter.  See Affidavit of Karen L. Stern filed herewith.

2.  Plaintiff's counsel misunderstood that Cross Motions for Summary Judgment were due on July 21, 2006, instead mistakenly believing that Defendant's Motion for Summary Judgment was due on July 21, 2006 and that Plaintiff's Opposition would be due in accordance with the time period set forth in the Federal Rules of Civil Procedure.

3.  Plaintiff should not be punished or prejudiced by his counsel's misunderstanding of the Schedule.  Plaintiff is very anxious to have this Court determine this case on the merits.

FOR THE FOREGOING REASONS, Plaintiff requests this Court enter an Order to Extend the Time for Plaintiff to file his Cross Motion for Summary Judgment up to and including August 25, 2006 and allow an Amendment to the Revised Joint Statement set forth in Paragraph 1g. to allow Plaintiff's Cross Motion to be filed by August 25, 2006.

> Respectfully submitted,
> Victor Thiffault, Plaintiff,
> By his Attorney,
>
>
> __/s/ Karen L. Stern_____
> Karen L. Stern, Esquire
> BBO#550391
> BERNSTEIN, BURWICK & TUCKER, LLC
> 10 Mechanic Street, Suite 150
> Worcester, MA  01608
> (508) 755-5555

Dated:  7/26/06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**WORCESTER, SS**                                             **CIVIL ACTION #:  05-40011-FDS**

| | |
|---|---|
| VICTOR THIFFAULT, | ) |
|     Plaintiff | ) |
| | ) |
| Vs. | ) |
| | ) |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | ) |
|     Defendants | ) |

### AFFIDAVIT OF KAREN L. STERN

I, Karen L. Stern, on oath depose and do state that:

1. I am an attorney in good standing and am duly licensed to practice law in The Commonwealth of Massachusetts.  At all times relevant hereto, I represent the Plaintiff.  I am associated with the law firm of Bernstein, Burwick & Tucker, LLC, 10 Mechanic Street, Suite 150, Worcester, Massachusetts.

2. I apologize to this Court.  I also apologize to the Defendant and to Defendant's counsel.  I have erred in this matter.

3. I totally <u>misunderstood</u> that Cross Motions for Summary Judgment were due to be filed on July 21, 2006.  I mistakenly thought that the Defendant's Motion for Summary Judgment was to be filed on July 21, 2006 and then Plaintiff's Opposition was to be filed in accordance with the time set forth in the Federal Rules of Civil Procedure and Local Rules.

4. Based upon my own error, mistake and misunderstanding, Plaintiff has not filed his Cross Motion for Summary Judgment as required.

     5.  I do not believe the Defendant will be prejudiced by allowing Plaintiff to file his Cross Motion by August 25, 2006.  The Plaintiff however, will be prejudiced if he is foreclosed by the Court of his opportunity to file a Cross Motion for Summary Judgment.

     SIGNED UNDER PAINS AND PENALTIES OF PERJURY.

                                          /s/ Karen L. Stern
                                          Karen L. Stern, Esquire

Dated:  7/26/06

**Certificate of Service**

    I hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 26, 2006.


Dated: 7/26/06            /s/ Karen L. Stern_____
                                       Karen L. Stern, Esquire