UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WORCESTER, SS                                     DOCKET NO.: 4:05-cv-40011-FDS

| | |
|---|---|
| VICTOR THIFFAULT,<br>    Plaintiff | )<br>)<br>) |
| Vs. | )<br>) |
| SUN LIFE ASSURANCE COMPANY OF CANADA,<br>    Defendants | )<br>) |

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Plaintiff, Victor Thiffault, ("Mr. Thiffault"), opposes Defendant, Sun Life Assurance Company of Canada, Inc. ("Sun Life") Motion for Summary Judgment.

As Grounds for Mr. Thiffault's Opposition, he states that in this ERISA action, the Administrative Record reveals that Sun Life's decision to deny benefits under the long-term disability plan was arbitrary or capricious as a matter of law. Sun Life's decision to deny Mr. Thiffault benefits was unreasonable and not supported by substantial evidence in the record.

In further support of Mr. Thiffault's Opposition, he submits the accompanying Plaintiff's Additional Statement of Undisputed Facts and Memorandum of Law, and the previously filed Administrative Record.

                                                Victor Thiffault, Plaintiff,
                                                By his Attorney,


                                                   /s/ Karen L. Stern  _____
                                                Karen L. Stern, Esquire
                                                BBO#550391
                                                BERNSTEIN, BURWICK & TUCKER, LLC
                                                10 Mechanic Street, Suite 150
                                                Worcester, MA  01608
                                                (508) 755-5555

Dated:  August 4, 2006

**Certificate of Service**

    I, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of the Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 4, 2006.


Dated:  August 4, 2006           __/s/ Karen L. Stern_____
                                            Karen L. Stern, Esquire