UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**WORCESTER, SS**                      **DOCKET NO.: 4:05-cv-40011-FDS**

| | |
|---|---|
| **VICTOR THIFFAULT,** | ) |
|     Plaintiff | ) |
| | ) |
| Vs. | ) |
| | ) |
| **SUN LIFE ASSURANCE COMPANY OF CANADA,** | ) |
|     Defendants | ) |

## MOTION FOR SUMMARY JUDGMENT

The Plaintiff, Victor Thiffault ("Mr. Thiffault"), pursuant to Federal Rule of Civil Procedure 56, moves for entry of summary judgment in its favor. As grounds for his motion, Mr. Thiffault states that in this ERISA action, the Administrative Record reveals that Sun Life Assurance Company of Canada, Inc.'s ("Sun Life") decision to deny benefits under the long-term disability plan was arbitrary or capricious as a matter of law. Sun Life's decision was unreasonable and not supported by an substantial evidence in the record.

In further support of this motion, Mr. Thiffault submits the accompanying Statement of Undisputed Facts and Memorandum of Law, and previous filed Administrative Record.

                                     Victor Thiffault, Plaintiff,
                                     By his Attorney,


                                     __/s/ Karen L. Stern_____
                                     Karen L. Stern, Esquire
                                     BBO#550391
                                     BERNSTEIN, BURWICK & TUCKER, LLC
                                     10 Mechanic Street, Suite 150
                                     Worcester, MA 01608
                                     (508) 755-5555

Dated: August 8, 2006

2

**Certificate of Service**

     I, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of the Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 8, 2006.


Dated: August 8, 2006    \_/s/ Karen L. Stern\_\_
                                              Karen L. Stern, Esquire