UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Victor Thiffault,**
                **Plaintiff,**

     V.                                  CIVIL ACTION

                                               NO. **05-40011-FDS**

**Sun Life Assurance Company**
**of Canada,**
                **Defendant,**

**JUDGMENT**

**Saylor, D. J.**

In accordance with the Court's Memorandum and Order dated   **1/24/07**   granting   **defendant's**   motion for summary judgment in the above-entitled action, it is hereby ORDERED:

        Judgment for the   **Defendant**

                                                    By the Court,

    **1/24/07**                                     **/s/ Martin Castles**
       Date                                        **Deputy Clerk**